IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02740-CMA-MEH

ESTATE OF BRUCE R. HOWARD, by Georgeanna Howard as personal representative,
GEORGEANNA HOWARD, as wife of decedent, Bruce Howard,
LORRAINE WELHOUSE, as daughter of decedent, Bruce Howard, and
ROBIN ASHTON, as daughter of decedent, Bruce Howard,

      Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO,
EL PASO COUNTY SHERIFF'S OFFICE,
BUREAU CHIEF PAULA PRESLEY, in her official capacity,
EL PASO COUNTY SHERIFF TERRY MAKETA, in his official capacity,
CORRECTIONAL HEALTHCARE MANAGEMENT,
CORRECTIONAL MEDICAL SERVICES, INC.,
G.H. PHIPPS CONSTRUCTION CO.,
WEST ELECTRIC GROUP,
DIANE AL-ABDULJALIL, M.D., in her individual and official capacities,
MONICA DOUGHTY, R.N., in her individual and official capacities,
MELISSA KLEGSETH, L.P.N., in her individual and official capacities,
DIANE JENSEN, R.N., in her individual and official capacities, and
HEATHER ALLERY, R.N., in her individual and official capacities,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2011.**

     The Joint Motion for Entry of Protective Order [filed March 3, 2011; docket #56] is **granted**. The parties' proposed Protective Order is issued and filed contemporaneously with this minute order.