IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02740-CMA-MEH

ESTATE OF BRUCE R. HOWARD, by Georgeanna Howard as personal representative;
GEORGEANNA HOWARD, as wife of decedent, Bruce Howard;
LORRAINE WELHOUSE, and
ROBIN ASHTON, as daughters of Bruce Howard,

    Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO;
EL PASO COUNTY SHERIFF'S OFFICE;
BUREAU CHIEF PAULA PRESLEY, in her official capacities;
EL PASO COUNTY SHERIFF TERRY MAKETA, in his official capacity;
CORRECTIONAL HEALTHCARE MANAGEMENT;
G.H. PHIPPS CONSTRUCTION CO.;
WEST ELECTRIC GROUP;
DIANE AL-ABDULJALIL M.D., in her individual and official capacities;
MONICA DOUGHTY, R.N., in her individual and official capacities;
MELISSA KLEGSETH, L.P.N., in her individual and official capacities;
DIANE JENSEN, R.N., in her individual and official capacities;
HEATHER ALLERY, R.N. in her individual and official capacities; and
THOMAS BUCHWALTER, L.P.N., in his official capacity,

    Defendants.

**ORDER GRANTING STIPULATION OF DISMISSAL OF PARTY DEFENDANTS**

This matter is before the Court on the parties' Stipulations of Dismissal with Prejudice of Defendant Diane Al-Abduljalil, M.D. (Doc. # 78); Defendant Melissa Klegseth, L.P.N. (Doc. # 79); Defendants Monica Doughty, R.N., Thomas Buchwalter, L.P.N., Diane Jensen, R.N., and Heather Allery, R.N. (Doc. # 80); and Defendants

Bureau Chief Paula Presley and El Paso County Sheriff Terry Maketa (Doc. # 82). The Court has reviewed these documents and ORDERS as follows:

Defendants Al-Abduljalil, Klegseth, Doughty, Buchwalter, Jensen, Allery, Presley and Maketa are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his, her or its own costs, attorneys fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Diane Al-Abduljalil, Melissa Klegseth, Monica Doughty, Thomas Buchwalter, Diane Jensen, Heather Allery, Paula Presley and Terry Maketa as Defendants in this case.

DATED:  June  02 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge