**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02740-CMA-MEH

ESTATE OF BRUCE R. HOWARD, by Georgeanna Howard as personal representative;
GEORGEANNA HOWARD, as wife of decedent, Bruce Howard;
LORRAINE WELHOUSE, and
ROBIN ASHTON, as daughters of Bruce Howard,

    Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO;
EL PASO COUNTY SHERIFF'S OFFICE;
CORRECTIONAL HEALTHCARE MANAGEMENT;
G.H. PHIPPS CONSTRUCTION CO.;
WEST ELECTRIC GROUP;

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL OF PARTY DEFENDANT

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of Defendant West Electric Group (Doc. # 85).  The Court has reviewed these documents and ORDERS as follows:

Defendant West Electric Group is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of West Electric Troup as a Defendant in this case.

DATED:  June __09__, 2011

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge