**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02740-CMA-MEH

ESTATE OF BRUCE R. HOWARD, by Georgeanna Howard as personal representative;
GEORGEANNA HOWARD, as wife of decedent, Bruce Howard;
LORRAINE WELHOUSE, and
ROBIN ASHTON, as daughters of Bruce Howard,

    Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO;
EL PASO COUNTY SHERIFF'S OFFICE;
CORRECTIONAL HEALTHCARE MANAGEMENT; and
G.H. PHIPPS CONSTRUCTION CO.;

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF PARTY DEFENDANT**

---

This matter is before the Court on the parties' Stipulated Motion for Order of Dismissal With Prejudice (Doc. # 86).  The Court has reviewed this document and ORDERS as follows:

Defendant Correctional Healthcare Management, Inc. is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Correctional Healthcare Management as a Defendant in this case.

DATED:  June   10  , 2011

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge