**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02740-CMA-MEH

ESTATE OF BRUCE R. HOWARD, by Georgeanna Howard as personal representative;
GEORGEANNA HOWARD, as wife of decedent, Bruce Howard;
LORRAINE WELHOUSE, and
ROBIN ASHTON, as daughters of Bruce Howard,

    Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO;
EL PASO COUNTY SHERIFF'S OFFICE; ans
G.H. PHIPPS CONSTRUCTION CO.;

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF PARTY DEFENDANT**

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 89). The Court has reviewed this document and ORDERS as follows:

Defendant G.H. Phipps Construction Co. is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of G.H. Phipps Construction Co. as a Defendant in this case.

DATED: June  17 , 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge