**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02740-CMA-MEH

ESTATE OF BRUCE R. HOWARD, by Georgeanna Howard as personal representative;
GEORGEANNA HOWARD, as wife of decedent, Bruce Howard;
LORRAINE WELHOUSE, and
ROBIN ASHTON, as daughters of Bruce Howard,

    Plaintiffs,

v.

COUNTY OF EL PASO, COLORADO;
EL PASO COUNTY SHERIFF'S OFFICE; and
G.H. PHIPPS CONSTRUCTION CO.;

    Defendants.

**ORDER GRANTING STIPULATION OF DISMISSAL OF PARTY DEFENDANT
AND DISMISSAL OF CASE**

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 93). The Court has reviewed this document and ORDERS as follows:

Defendants County of El Paso, Colorado and El Paso County Sheriff's Office are hereby DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees. The Court notes that Defendant Bureau Chief Paula Presley and El Paso County Sheriff Terry Mekata were previously dismissed by this Court's Order dated June 2, 2011 (Doc. # 84). It is

FURTHER ORDERED that no further Defendants remain in this matter, the above-referenced action is hereby DISMISSED in its entirety.

DATED:  July __06__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge